We do not find from the record before us that defendant has acquiesced in the judgment from which she is appealing.

For the reasons assigned, the rule nisi herein issued is made absolute, and accordingly, it is ordered that the judge of the district court, upon such bond as he may fix, grant defendant Mrs. Adelaide Shanley Tate a devolutive appeal from the judgment rendered and signed on January 14, 1928, decreeing plaintiff Albert Tate a judgment of separation "a mensa et thoro" and granting plaintiff the permanent care, custody, and control of Albert Tate and Edith Tate, minor children of the marriage. The costs of these supervisory proceedings are to be paid by plaintiff Albert Tate.

(121 So. 878)

No. 21935.

In the Matter of the Succession of John M. JONES, Deceased. H. N. JONES, Administrator, v. Frank and Jim JONES and Florence Jones, Tutrix, Opponents to Final Account of Administrator.

March 25, 1929.

J. B. Crow, of Shreveport, and H. E. Dawkins, of Farmerville, for appellant.

Harvey G. Fields, of Farmerville, for appellee.

O'NIELL, C. J. The administrator of the estate of John M. Jones, deceased, has appealed from a judgment amending his final account by increasing the charges against him $500, and ordering him to pay that much more to the heirs, after paying the costs of the opposition to the account. The case was sent to the delay docket twice, because of the failure of appellant's counsel to file a brief or to be present when the case was called for argument. The case was revived twice, and reassigned for argument, and yet counsel for appellant failed to file a brief or to appear for the argument of the case. It was submitted finally on briefs filed by the appellees—heirs of the deceased.

The judgment appealed from is apparently supported by the evidence, and, without any specific complaint, there is no reason why it should not be affirmed.

The judgment is affirmed.